IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARILYN STILL, ) | Civil Case No.: 2:17-cv-1570 |
| Plaintiff, ) | |
| ) | Judge Cathy Bissoon |
| v. ) | |
| BAPTIST HOMES SOCIETY d/b/a ) PROVIDENCE POINT, ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

The parties, having concluded and executed a full and final release of the above-captioned case, hereby jointly move that the Court enter the attached Order dismissing Civil Action No. 2:17-cv-1570 with prejudice.

Respectfully submitted,

/s/ Christine Elzer
Christine Elzer Esquire
PA 208157/celzer@elzerlaw.com
Elzer Law Firm, LLC
100 First Avenue
Suite 1010
Pittsburgh, Pa 15222
412-230-8436
Counsel for Plaintiff

/s/ Valerie S. Faeth
Valerie S. Faeth Esquire
PA 51790 / vfaeth@cohenlaw.com
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
5th Floor
Pittsburgh, PA  15222-3152
412.297.4900
Counsel for Defendant